# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNULFO LAMAS GALVAN,<br><br>    Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:21-cv-00728-SAB<br><br>ORDER ADVISING PARTIES OF STAY OF ACTION PURSUANT TO GENERAL ORDER 615 |

On May 5, 2021, Arnulfo Lamas Galvan ("Plaintiff") filed this action seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying an application for disability benefits pursuant to the Social Security Act. On May 20, 2021, a summons was returned executed demonstrating that the Commissioner was served in this action on May 18, 2021. (ECF No. 6.)

On April 14, 2020, General Order Number 615 issued staying all Social Security actions filed after February 1, 2020 until the Commissioner may begin normal operations at the Office of Appellate Hearings Operations and may resume preparation of a certified copy of the administrative record.

/ / /

/ / /

1

1         Accordingly, the parties are HEREBY NOTIFIED that pursuant to General Order
2  Number 615, this action has been stayed and the stay will be automatically lifted when the
3  Commissioner files the certified copy of the administrative record.  See E.D. Cal. G.O. No. 615,
4  ¶¶ 6, 10; see also ¶ 11 (setting forth good cause requirement to request lifting of stay in a specific
5  case).

IT IS SO ORDERED.

Dated:  **May 21, 2021**

UNITED STATES MAGISTRATE JUDGE