# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNULFO LAMAS GALVAN,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No. 1:21-cv-00728-SAB<br><br>ORDER RE: STIPULATION TO EXTEND TIME TO FILE OPENING BRIEF<br><br>(ECF No. 18) |

On March 4, 2022, the parties submitted a stipulated request for a seventeen-day extension of time to file Plaintiff's opening brief from February 26, 2022 to March 15, 2022. (ECF No. 18.) Plaintiff's counsel proffers she inadvertently miscalendared the deadline for this case and did not discover her error until preparing a request for the filing deadline extension. Counsel further proffers good cause exists to grant the extension due to the backlog resulting from a combination of Counsel's illness and slow return to work from Covid and the release of transcripts previously stayed. The Court finds good cause exists to grant the requested nunc pro tunc extension and to extend Plaintiff's deadline to file an opening brief.

///

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall have until March 15, 2022, to file Plaintiff's opening brief; and
2. All remaining deadlines as set forth in the scheduling order (ECF No. 5) shall be modified accordingly.

IT IS SO ORDERED.

Dated:  **March 7, 2022**

UNITED STATES MAGISTRATE JUDGE