# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNULFO LAMAS GALVAN,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:21-cv-00728-SAB<br><br>ORDER RE STIPULATION FOR VOLUNTARY REMAND PURSUANT TO 42 U.S.C. § 405(g)<br><br>(ECF No. 21) |

Arnulfo Lamas Galvan ("Plaintiff") seeks judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying an application for disability benefits pursuant to the Social Security Act. (ECF No. 1.)

On April 12, 2022, the parties filed a stipulation agreeing to a voluntary remand of this matter "under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g)." (ECF No. 21.) Pursuant to the terms of the stipulation, the Office of Hearing Operations will remand the case to an administrative law judge ("ALJ") for a new decision and instruct the ALJ to complete the administrative record and further evaluate Plaintiff's knee impairment when evaluating whether a Listing was met or equaled and when determining the residual functional capacity. The parties further request that the Clerk of the Court be directed to enter a final judgment

in favor of Plaintiff and against Defendant, reversing the final decision of the Commissioner. The Court finds good cause exists to grant the parties' stipulated request.

Accordingly, IT IS HEREBY ORDERED that:

1. The above-captioned action be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the stipulation for remand;
2. Judgment is entered in favor of Plaintiff Arnulfo Lamas Galvan and against Defendant Commissioner of Social Security; and
3. The Clerk of the Court is directed to close this action.

IT IS SO ORDERED.

Dated:   **April 12, 2022**

UNITED STATES MAGISTRATE JUDGE